# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152192 & (61)

CARLETON BUCK,
      Plaintiff-Appellant,

v

SC: 152192
COA: 320967
Wayne CC: 12-010985-NO

CITY OF HIGHLAND PARK, CURTIS
WHITE, and JANE DOE,
      Defendants-Appellees.

_____/

     On order of the Court, the motion to amend is GRANTED. The application for leave to appeal the July 16, 2015 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2016



d0321

Clerk